UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) |
| | ) |
| 1766 ARROWPOINT DRIVE, SAINT LOUIS, MISSOURI 63138 | ) ) No.  4:20 MJ 206 DDN |
| | ) |
| | ) |
| | ) |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Sara E. Koppenaal, Assistant United States Attorney for said District, requesting the unsealing of the search warrant, along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

                                                    /s/  **David D. Noce**
                                                    DAVID D. NOCE
                                                    United States Magistrate Judge

Dated this  **22nd**   day of February 2021.